446 A.2d 690

Commonwealth v. Harrold, Appellant.

Submitted April 8, 1981. Daniel H. Greene, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

446 A.2d 690

Commonwealth v. Hart, Appellant.

Submitted November 6, 1981. Richard P. Haaz, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.